Form cxdsch7

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

In Re:

Janice N. Henson
12257 S. Green Street, Apt. 1
Chicago, IL 60643
SSN: xxx−xx−1472 EIN: N.A.
aka Janice N. Hill

Case No. : 20−16398
Chapter : 7
Judge : Carol A. Doyle

### NOTICE OF CHAPTER 7 OR 11 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 423, Certification About a Financial Management Course. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

FOR THE COURT

Dated: December 8, 2020

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court